IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | 8:97CR190 |
| | ) | |
| v. | ) | |
| | ) | |
| Damien Coran, | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Heartland Family Services, | ) | |
| | ) | |
| Garnishee. | ) | |

GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, Heartland Family Services, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on <u>August 1, 2008</u>, stating that at the time of the service of the Writ he had in his possession or under his control non-exempt property belonging to and due defendant, Damien Coran, and that garnishee was indebted to defendant.

On August 12, 2008, the defendant was notified of his/her right to a hearing and he requested a hearing to determine exempt property.

On October 7, 2008, a settlement was reached with the defendant wherein the plaintiff agreed to the withholding of 15% of defendant's disposable earnings.

IT IS ORDERED that Garnishee pay the lesser of: (1) the amount by which the defendant's disposable earnings exceed the exempt earnings or (2) fifteen percent (15%) of the defendant's disposable earnings to plaintiff, United States of America. Payments will be made payable to the Clerk of District Court, and delivered to the Clerk of the District Court, 111 South 18th Plaza, Suite 1152, Omaha, Nebraska 68102-1322. Said payments are to continue until (A) A court order quashing the writ of garnishment; (B) exhaustion of property in the possession, custody or control of the garnishee in which the debtor has a substantial non-exempt interest (including non-exempt disposable earnings), unless the garnishee reinstates or reemploys the judgment debtor within 90 days after the judgment debtor's dismissal or resignation; or (C) satisfaction of the debt with respect to which the writ is issued.

The Clerk of the Court shall mail a copy of this Order to the Defendant, the Garnishee, and the U.S. Attorney's Office.

DATED this 10th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court